UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS RAMIREZ, | ) | 1:99-CV-06282-REC-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REQUEST TO EXTEND |
| | ) | DEADLINES |
| | ) | [Document #84] |
| v. | ) | |
| | ) | ORDER EXTENDING DEADLINES SET BY |
| GEORGE M. GALAZA, | ) | MARCH 23, 2005 ORDER, FOR ALL PARTIES |
| et al., | ) | |
| | ) | New Discovery Cut-Off Date -        11-16-2005 |
| Defendants. | ) | New Deadline to Amend Pleadings -   12-16-2005 |
| | ) | New Dispositive Motion Deadline -   01-16-2006 |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 27, 2005, plaintiff filed a request to extend the deadlines established by the court's scheduling order of March 23, 2005.  Good cause having been presented to the court, and good cause appearing, plaintiff's request shall be granted, and the deadlines shall be extended for all parties in this action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to extend the deadlines established by the court's scheduling order of March 23, 2005, is GRANTED;

2.  The deadline for all discovery, including motions

```
             to compel, to be completed, is extended from
             September 28, 2005, to November 16, 2005 for all
             parties in this action;
     3.      The deadline for amending the pleadings is
             extended from October 28, 2005, to December 16,
             2005, for all parties in this action; and
     4.      The deadline for serving and filing pre-trial
             dispositive motions is extended from November 28,
             2005, to January 16, 2006, for all parties in this
             action.
     5.      **FURTHER EXTENSIONS OF TIME WILL ONLY BE
             GRANTED ON A SHOWING OF GOOD CAUSE.**
```

IT IS SO ORDERED.

Dated:   August 23, 2005            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

3c0hj8

**2**