IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ, | CASE NO. CV-F-99-6282 REC DLB P |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION RE INTERROGATORIES [DOC 90] |
| vs. | |
| GEORGE M. GALAZA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On September 28, 2005, plaintiff filed a motion requesting leave to file additional interrogatories. Plaintiff represents that he has served a total of 36 interrogatories to date and defendants have refused to answer the interrogatories beyond number 25. Plaintiff requests an order requiring defendants to respond to the additional interrogatories served and extending the limit to 100 interrogatories.

Absent a stipulation or court order, a party may serve no more than 25 interrogatories on any other oparty. Fed.R.Civ.P. 33(a). To obtain an order allowing more than 25 interrogatories, a party must make a particularized showing why the additional discovery is necessary. Plaintiff has failed to do so. While he has submitted the interrogatories he has already served which appear to be reasonable, plaintiff

1

has failed to identify what further information he hopes to obtain through additional interrogatories or why he cannot use other discovery devices to obtain the same information. Moreover, plaintiff is reminded of the upcoming discovery deadline of November 16, 2005.

Accordingly, plaintiff's request for an order requiring defendant to respond to the additional interrogatories already served is GRANTED. Defendant shall respond to the additional interrogatories within 20 days of this Order. However, plaintiff's request for leave to serve additional interrogatories beyond what he has already propounded is DENIED.

IT IS SO ORDERED.

**Dated:   October 6, 2005**              **/s/ Dennis L. Beck**
3b142a                                    UNITED STATES MAGISTRATE JUDGE