IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GEORGE M. GALAZA, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-99-6282 REC DLB P<br><br>STIPULATED ORDER RE PLAINTIFF'S MOTION TO COMPEL<br>[DOC 92, 99] |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 18, 2005, plaintiff filed a motion to compel discovery. Defendant filed an opposition to the motion on December 12, 2005 and plaintiff filed a reply on January 13, 2006. On January 18, 2006, the parties filed a stipulation and proposed order to withdraw the motion. Based on the parties' stipulation, it is HEREBY ORDERED as follows:

1. Plaintiff's motion to compel filed November 18, 2005 is HEREBY WITHDRAWN;

2. If the parties are unable to come to a resolution over plaintiff's request for the names of certain inmates (as identified in Request No. 9 of plaintiff's first set of requests for production to defendant McEnroe, served on August 16, 2005) plaintiff will be permitted to re-file a motion to compel on that issue only.

IT IS SO ORDERED.

Dated:   January 24, 2006　　　　　　　　　　　/s/ Dennis L. Beck

1

1  3b142a                              UNITED STATES MAGISTRATE JUDGE