IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ, | CASE NO. CV-F-99-6282 REC DLB P |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME [DOCS 102, 105, 106, 107] |
| vs. | |
| GEORGE M. GALAZA, et al., | |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2006, February 10, 2006, February 21, 2006, and February 27, 2006, plaintiff filed motions for extension of time to file an opposition to the motion for summary judgment filed by defendant on January 16, 2006. Plainitff also requests additional time to conduct discovery needed to oppose the motion for summary judgment. In Documents 102 and 105, plaintiff references specific documents. In Document 106, plainitff references a document produced by defendant which he claims is incomplete. The Court notes that the parties previously entered into a stipulation withdrawing plaintiff's motion to compel production of documents which appears to address the very documents referenced by plaintiff. *See* Document No. 101.

Based on the foregoing, defendant is HEREBY ORDERED to respond to plaintiff's requests for

1

1  extension fo time within 20 days of this order.  Defendant shall specifically address the discovery
2  referenced by plaintiff and whether the documents have been or can be produced pursuant to previous
3  discovery requests.  The Court will thereafter rule of plaintiff's motions.
4       IT IS SO ORDERED.
5      **Dated:   April 3, 2006**          **/s/ Dennis L. Beck**
  3c0hj8                                          UNITED STATES MAGISTRATE JUDGE