UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS RAMIREZ, | ) | 1:99-CV-06282-REC-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | ) | |
| | ) | |
| GEORGE M. GALAZA, et al., | ) | |
| | ) | (DOCUMENTS #102, #105, #106, #107) |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2006, February 10, 2006, February 21, 2006, and February 27, 2006, plaintiff filed motions for extensions of time to file an opposition to the motion for summary judgment filed by defendants on January 16, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an opposition to defendants' motion for summary judgment. However, with regard to plaintiff's requests to reopen discovery, the request is DENIED.

IT IS SO ORDERED.

Dated:  May 1, 2006                          /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE