UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>G. GALAZA, et al.,<br><br>   Defendants.<br>_____/ | 1:99-cv-06282-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 117)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 96)<br><br>**ORDER DISMISSING ACTION** |

  Plaintiff, Luis Ramirez ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On August 10, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

     1.   The Findings and Recommendation, filed August 10, 2006, are ADOPTED IN FULL;

     2.   Defendant's motion for summary judgment, filed January 17, 2006, is GRANTED; and,

     3.   This action is therefore DISMISSED.

IT IS SO ORDERED.

**Dated:   September 16, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE